UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MELINDA HOOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:13-CV-454 |
| v. ) | |
| ) | Collier/Guyton |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

On July 30, 2014, United States Magistrate Judge H. Bruce Guyton filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 18). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS**:

(1) Plaintiff's motion for judgment on the pleadings be **GRANTED** (Court File No. 13);

(2) The Commissioner's motion for summary judgment is **DENIED** (Court File No. 15);

(3) This case is **REMANDED** to the ALJ to determine if the Plaintiff requires frequent bathroom breaks and the effect, if any, such limitation has on the Plaintiff's ability to work by consulting vocational expert testimony on the matter.

Because no further matters remain for adjudication, the Clerk of Court is directed to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/<br>**CURTIS L. COLLIER**<br>**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT